No. 75–5287. Byrd v. Guilford County Superior Court et al. C. A. 4th Cir. Certiorari denied.

No. 75–5288. O'Shea v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–5295. Bolender et al. v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 75–5297. Carpenter v. Gray, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 75–5298. Williams v. East Cleveland Police Department et al. C. A. 6th Cir. Certiorari denied.

No. 75–5303. Ransom v. District of Columbia Board of Parole et al. C. A. D. C. Cir. Certiorari denied.

No. 75–5304. Vollin et al. v. Kimbel et al. C. A. 4th Cir. Certiorari denied.

No. 75–5308. Wilson v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 75–5313. Isaacs v. United States; and
No. 75–5323. Washington v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 516 F. 2d 409.

No. 75–5319. Prince v. Common Pleas Court of Allegheny County. C. A. 3d Cir. Certiorari denied.

No. 75–5324. Guerrero v. Hauck, Sheriff. C. A. 5th Cir. Certiorari denied.